DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Theodore Wolf**

        **Plaintiff,**

vs.                              Civil No. 07-cv-0058-AS

**Commissioner of Social Security**

        **Defendant.**                **ORDER GRANTING AWARD OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.49, costs in the amount of $6.80, and attorney's fees in the amount of $2893.04, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 13 day of September, 2007.

                                              _____
                                              Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**